SHERMAN M. SPITZ, Esq. (SBN 82944)
sspitz@bergerkahn.com
DALE A. AMATO, Esq. (SBN 137965)
damato@bergerkahn.com
BERGER KAHN, A Law Corporation
2 Park Plaza, Suite 650
Irvine, California 92614
Tel: (949) 474-1880 • Fax: (949) 474-7265

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

BERGER KAHN
*A Law Corporation*
2 Park Plaza, Suite 650
Irvine, CA 92614

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 916 BENEDICT, a California General Partnership; DANNY PINCHASI, an individual; DINA HEISSER, an individual; OREET P. SMITH, an individual; EDDIE PINCHASI, an individual; and YAFFA PINCHASI, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.<br><br>(Los Angeles Superior Court Case No. SC124426)<br><br>**DEFENDANT STATE FARM GENERAL INSURANCE COMPANY'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: July 7, 2015<br>Trial Date: Not Set |

**NOTICE OF INTERESTED PARTIES**

BERGER KAHN
*A Law Corporation*
2 Park Plaza, Suite 650
Irvine. CA 92614

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO THE PLAINTIFFS AND THEIR ATTORNEY OF RECORD HEREIN:**

PLEASE TAKE NOTICE that the undersigned, legal counsel of record for Defendant State Farm General Insurance Company ("State Farm") certifies that the following listed parties have a pecuniary interest the outcome of this case. This representation is made to enable the court to evaluate possible disqualification or recusal:

1.    Plaintiff, 916 Benedict, a California General Partnership.

2.    Plaintiff, Danny Pinchasi.

3.    Plaintiff, Dina Heisser.

4.    Plaintiff, Oreet P. Smith.

5.    Plaintiff, Eddie Pinchasi.

6.    Plaintiff, Yaffa Pinchasi.

7.    Defendant, State Farm General Insurance Company.


DATED: October 26, 2015                    BERGER KAHN, A Law Corporation


By: /s/ Dale A. Amato
      SHERMAN M. SPITZ
      DALE A. AMATO
Attorneys for Defendant STATE FARM
GENERAL INSURANCE COMPANY

1

**NOTICE OF INTERESTED PARTIES**