UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 15-8337 DSF (AGRx) | Date | 11/3/15 |
| Title | 916 Benedict, et al. v. State Farm General Insurance Co. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction

  The case was removed based on diversity jurisdiction. The notice of removal appears to assume that the individual California citizen plaintiffs are the only partners in Plaintiff partnership 916 Benedict. However, this fact is not actually stated in the complaint or the notice of removal. Therefore, Defendant is ordered to show cause, in writing, no later than November 10, 2015, why this case should not be remanded to state court.

  IT IS SO ORDERED.