STEPHEN ALLEN JAMIESON, Esq. (SBN 115805)
sjamieson@ssjlaw.com
RYAN MICHAEL KROLL, Esq. (SBN 235204)
rkroll@ssjlaw.com
SOLOMON, SALTSMAN & JAMIESON
A Partnership of Corporations
3519 NE 15th Avenue, Suite 202
Portland, Oregon 97212
Tel: 503-236-8050 • Fax: 503-296-2105

Attorneys for Plaintiffs
916 BENEDICT, DANNY PINCHASI, DINA
HEISSLER, OREET P. SMITH, EDDIE PINCHASI
and YAFFA PINCHASI

SHERMAN M. SPITZ, Esq. (SBN 82944)
sspitz@bergerkahn.com
DALE A. AMATO, Esq. (SBN 137965)
damato@bergerkahn.com
BERGER KAHN, A Law Corporation
2 Park Plaza, Suite 650
Irvine, California 92614
Tel: (949) 474-1880 • Fax: (949) 474-7265

Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 916 BENEDICT, a California General Partnership; DANNY PINCHASI, an individual; DINA HEISSER, an individual; OREET P. SMITH, an individual; EDDIE PINCHASI, an individual; and YAFFA PINCHASI, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> STATE FARM GENERAL INSURANCE COMPANY and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. CV15-8337 DSF (ARGx) <br><br> **STIPULATION FOR DISMISSAL** <br> **[F.R.C.P. 41(a)(1)(A)(ii)]** |

BERGER KAHN
*A Law Corporation*
2 Park Plaza, Suite 650
Irvine, CA 92614

**STIPULATION FOR DISMISSAL**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss the above-captioned action, with prejudice, in according with their recent Settlement Agreement and Mutual Release. The parties further stipulate that this court shall retain jurisdiction over the Parties to enforce and/or interpret the Settlement and Release Agreement.

DATED: January 20, 2016      SOLOMON, SALTSMAN & JAMIESON

s/ Ryan M. Kroll
RYAN M. KROLL
Attorneys for Plaintiffs
916 BENEDICT, DANNY PINCHASI
DINA HEISSLER, OREET P. SMITH,
EDDIE PINCHASI and YAFFA
PINCHASI

DATED: January 20, 2016      BERGER KAHN, A Law Corporation

s/ Dale A. Amato
DALE A. AMATO
Attorneys for Defendant
STATE FARM GENERAL
INSURANCE COMPANY

BERGER KAHN
*A Law Corporation*
2 Park Plaza, Suite 650
Irvine, CA 92614

1

**STIPULATION FOR DISMISSAL**

*916 Benedict, et al., v. State Farm General Insurance Company*
Case No.: CV15-8337 DSF (ARGx)

### CERTIFICATE OF PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is: Berger Kahn, 10085 Carroll Canyon Road, Suite 210, San Diego, California 92131.

On **January 20, 2016**, I served the foregoing documents described as:

**STIPULATION FOR DISMISSAL; PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

on the interested parties in this action:

Stephen Allen Jamieson
Ryan Michael Kroll
Solomon, Saltsman & Jamieson
426 Culver Boulevard
Playa Del Rey, California 90293
Tele:  310-822-9848
Fax:  310-822-3512
sjamieson@ssjlaw.com
rkroll@ssjlaw.com

*Attorneys for Plaintiffs*

**X**    (**BY CM/ECF SYSTEM**): I caused such document to be electronically filed today with the Clerk of the Court by way of the CM/ECF system, which will send notification that such filing is available for viewing and downloading to all counsel of record electronically as required by the Court in this matter.

**X**    (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **January 20, 2016**, at San Diego, California.

_/s/ Ashley M. Rodriguez_
**Ashley M. Rodriguez**

2

**STIPULATION FOR DISMISSAL**